Núm. 2.—PUEBLO, querellante v. RUBERT HERMANOS, INC., dmda. Original. ▆▆▆▆▆▆ Julio 13, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción radicada por la corporación demandada por la que solicita la eliminación de ciertas alegaciones de la querella enmendada;

POR CUANTO, las eliminaciones que se solicitan en la referida moción son las mismas que se solicitaron en la moción eliminatoria presentada en contra de la querella original; y

POR CUANTO, el objeto de reproducir dicha moción ha sido el de dejar a salvo los derechos de la parte promovente para el caso de ul-

**940**

teriores recursos, según lo hiciera constar expresamente el abogado de la demandada en el acto de la vista de dicha moción;

POR TANTO, por las razones y fundamentos expuestos en la resolución dictada por esta Corte en febrero 19, 1937, se declara no haber lugar a las eliminaciones solicitadas.

El Juez Asociado Sr. Córdova Dávila no intervino.